Motion to dismiss appeal dismissed as academic upon the ground that the appeal has been withdrawn.

The Travelers Indemnity Company, Respondent, v Orange and Rockland Utilities, Inc., Appellant, et al., Defendants.

Submitted July 6, 2010; decided September 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

The Travelers Indemnity Company, Respondent, v Orange and Rockland Utilities, Inc., Appellant, et al., Defendants.

Submitted September 7, 2010; decided September 16, 2010

Motion by Central Hudson Gas & Electric Corporation for leave to appear amicus curiae on the motion for leave to appeal herein granted.

U.S. Bank National Association, Respondent, v Michael H. Finkle et al., Appellants, et al., Defendant.

Submitted July 12, 2010; decided September 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of Arthur J. Walsh et al., Respondents, v Anita S. Katz et al., Respondents, and Daniel C. Ross, Appellant. (And a Third-Party Action.)

Submitted August 23, 2010; decided September 16, 2010